**Electronically Filed
Supreme Court
SCWC-17-0000013
25-SEP-2017
09:16 AM**

SCWC-17-0000013

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

VENTURE TRUST 2013-I-H-R BY MCM CAPITAL PARTNERS, LLC
ITS TRUSTEE, Respondent/Plaintiff-Appellee,

vs.

MARIA DAISY SOMMERS, INDIVIDUALLY AND AS
TRUSTEE UNDER THAT CERTAIN UNRECORDED TRUST AGREEMENT
KNOWN AS THE MARIA DAISY SOMMERS REVOCABLE TRUST DATED
DECEMBER 22, 2005, Petitioner/Defendant-Appellant,

and

ROBERT MICHAEL GARCIA, Respondent/Defendant-Appellee,

and

JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10;
DOE CORPORATIONS 1-10; DOE ENTITIES 1-10; and
DOE GOVERNMENTAL UNITS 1-10, Respondents/Defendants-Appellees.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-17-0000013; CIV. NO. 11-1-0052(2))

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

The application for writ of certiorari, filed on August 23, 2017, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, September 25, 2017.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson



2